IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00627-MSK-BNB

LENNAR COLORADO, LLC,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
THE UNITED STATES DEPARTMENT OF DEFENSE,
THE U.S. ARMY,
THE U.S. AIR FORCE, and
THE U.S. NAVY,

    Defendants.

---

### ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE
---

THIS MATTER comes before the Court on the Joint Motions for Entry of Consent Decree filed by Plaintiff Lennar Colorado, LLC, and Defendants United States of America, United States Department of Defense, United States Army, United States Air Force, and United States Navy ( **# 98 and 100**).  The Court has reviewed the Joint Motions, the Memorandum in Support of Joint Motion for Entry of Consent Decree (**#99**), and the proposed Consent Decree(docketed as "Settlement Agreement" at **#101**).

THE COURT FINDS that the terms of the Consent Decree are fair, reasonable, and in the public interest.

IT IS ORDERED that the Joint Motion for Entry of Consent Decree is **GRANTED**, and

the Consent Decree is **APPROVED**, and to the extent expressly set forth in the document is incorporated into this Order as if fully set forth herein. The Clerk is directed to close this case.

DATED this 25th day of August, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge